# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hummel, Christian F. | United States District Court N.Y. Northern District | 06/28/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge Full-time | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States District Court
Northern District of New York
445 Broadway
Albany, NY 12207

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2016 | New York State Retirement System, currently receiving pension |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 06/28/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | State University of New York Wages | $5,200.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | New York State Unified Court System Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 06/28/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 06/28/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Niagara Bank / Key Bank | A | Interest | L | T | | | | | |
| 2. Key Bank | A | Interest | K | T | Open | 07/01/16 | K | | |
| 3. Chase Bank | A | Interest | | | Closed | 01/31/16 | K | | |
| 4. S.E.F.C.U. Account | A | Interest | J | T | | | | | |
| 5. Capital One Bank (Savings) | A | Interest | L | T | | | | | |
| 6. Altria Group, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 7. The Hartford Variable Annuity (IRA) (Header) | | | | | | | | | |
| 8. - Hartford Total Return Bond Fund | A | Int./Div. | | | Sold | 08/29/16 | J | A | |
| 9. - Hartford Hi Yield | A | Int./Div. | | | Sold | 08/29/16 | J | A | |
| 10. - Hartford US Gov Securities | A | Int./Div. | | | Sold | 08/29/16 | J | A | |
| 11. - Hartford Int Opp | A | Int./Div. | | | Sold | 08/29/16 | J | A | |
| 12. - Hartford Balanced HLS | B | Int./Div. | | | Sold | 08/29/16 | J | A | |
| 13. - Hartford Cap App | B | Int./Div. | | | Sold | 08/29/16 | J | A | |
| 14. - Hartford Mid Cap | A | Int./Div. | | | Sold | 08/29/16 | J | A | |
| 15. - Hartford Small Cap | A | Int./Div. | | | Sold | 08/29/16 | J | A | |
| 16. - Hartford Stock | A | Int./Div. | | | Sold | 08/29/16 | J | A | |
| 17. Glens Falls National Bank - Carter Conboy et al 401(K) (Header) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 06/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Vanguard Wellington Fund | C | Int./Div. | | | Sold | 10/31/16 | L | C | |
| 19. Chase Bank IRA Account | A | Interest | K | T | | | | | |
| 20. I.R.A. Account #1 (Header) | | | | | | | | | |
| 21. - SunAmerica Dynamic Allocation | B | Int./Div. | L | T | | | | | |
| 22. - SunAmerica Dynamic Strategy | B | Int./Div. | L | T | | | | | |
| 23. - Secure Value Account | B | Int./Div. | K | T | | | | | |
| 24. Brokerage Account #1 (Header) | | | | | | | | | |
| 25. - SEI Large Cap Growth | A | Int./Div. | J | T | | | | | |
| 26. - SEI Large Cap Value | A | Int./Div. | J | T | Buy | 06/30/16 | J | | |
| 27. - SEI Sm Cap Growth | A | Int./Div. | J | T | | | | | |
| 28. - SEI Sm Cap Value | A | Int./Div. | J | T | | | | | |
| 29. - SEI Intl Equity | A | Int./Div. | J | T | | | | | |
| 30. - SEI Emerging Markets | A | Int./Div. | J | T | | | | | |
| 31. - SEI Core Fixed Income | A | Int./Div. | K | T | | | | | |
| 32. - SEI Hi Yield Bond Fund | A | Int./Div. | J | T | | | | | |
| 33. - SEI Intl Fixed Income | A | Int./Div. | J | T | | | | | |
| 34. - SEI Emerging Markets Debt | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 06/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - SEI Prime Obligations | A | Int./Div. | | | Sold | 06/30/16 | J | A | |
| 36.  Legg Mason Global Asset (Roth IRA) (Header) | | | | | | | | | |
| 37.  - Legg Mason Lifestyle / Moderate Allocation | A | Int./Div. | J | T | | | | | |
| 38.  IRA Account #2 (SEI Funds) (Header) | | | | | | | | | |
| 39.  - SEI Large Cap | A | Int./Div. | K | T | | | | | |
| 40.  - SEI Small Cap | A | Int./Div. | J | T | | | | | |
| 41.  - SEI Intl Equity | A | Int./Div. | K | T | Buy (add'l) | 11/07/16 | J | | |
| 42.  - SEI Emerging Markets Equity | A | Int./Div. | J | T | | | | | |
| 43.  - SEI US Fixed Income Fund | A | Int./Div. | J | T | Buy | 11/07/16 | J | | |
| 44.  - SEI Hi Yield Bond | A | Int./Div. | J | T | | | | | |
| 45.  - SEI Emerging Markets Debt | A | Int./Div. | J | T | | | | | |
| 46.  - SEI Dynamic Asset | A | Int./Div. | J | T | Buy | 11/07/16 | J | | |
| 47.  - SEI Multi-Asset | A | Int./Div. | K | T | Buy (add'l) | 11/07/16 | J | | |
| 48.  - SEI Prime Obligation | A | Int./Div. | J | T | | | | | |
| 49.  Jackson National Life Annuity (IRA) (Header) | | | | | | | | | |
| 50.  - GS Core Plus Bond | B | Int./Div. | K | T | | | | | |
| 51.  - T Rowe Price Mid Cap | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 06/28/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - MC Healthcare Sector | A | Int./Div. | J | T | | | | | |
| 53. - MC Tech Sector | A | Int./Div. | J | T | | | | | |
| 54. - S&P Dividend Inc & Growth | A | Int./Div. | K | T | | | | | |
| 55. - S&P Comp Adv | A | Int./Div. | K | T | | | | | |
| 56. - FR Temp Intl Sm Cap | A | Int./Div. | J | T | | | | | |
| 57. - MC Consumer Bd Sector | A | Int./Div. | J | T | | | | | |
| 58. - T Rowe Price Est Growth | A | Int./Div. | K | T | | | | | |
| 59. - Oppenheimer Global Growth | A | Int./Div. | K | T | | | | | |
| 60. - MC Pacific Rim 30 | A | Int./Div. | J | T | | | | | |
| 61. - PPM America Total Return | A | Int./Div. | K | T | | | | | |
| 62. - PPM America Sm Cap Value | A | Int./Div. | K | T | | | | | |
| 63. - PPM America Fl Rate Income | A | Int./Div. | J | T | | | | | |
| 64. - MC European 30 | A | Int./Div. | J | T | | | | | |
| 65. - PPM America Srategic Income | A | Int./Div. | K | T | Buy | 12/12/16 | K | | |
| 66. - America Hi Yield Bond | A | Int./Div. | J | T | Buy | 12/12/16 | J | | |
| 67. - Nasdaq 100 | B | Int./Div. | K | T | Buy | 12/12/16 | K | | |
| 68. - 400 MC Index | A | Int./Div. | K | T | Buy | 12/12/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 06/28/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - S&P SMid 60 | A | Int./Div. | J | T | Buy | 12/12/16 | K | | |
| 70. - DFA US Core Equity | A | Int./Div. | J | T | Buy | 12/12/16 | J | | |
| 71. - MC Financial Sector | A | Int./Div. | J | T | Buy | 12/12/16 | J | | |
| 72. - MC Oil & Gas Sector | A | Int./Div. | J | T | Buy | 12/12/16 | J | | |
| 73. - MC Int'l Index | B | Int./Div. | K | T | Buy | 12/12/16 | K | | |
| 74. New York State Deferred Compensation Plan (Header) | | | | | | | | | |
| 75. - T Rowe Price Retire 2020 | D | Int./Div. | M | T | | | | | |
| 76. - T Rowe Price Retire 2030 | D | Int./Div. | L | T | | | | | |
| 77. - Intl Equity Fund Active | D | Int./Div. | L | T | | | | | |
| 78. - Janus Fund T Symbol JANSX | D | Int./Div. | L | T | | | | | |
| 79. - Vanguard Wellington Fund | D | Int./Div. | L | T | | | | | |
| 80. - Stable Income Fund | D | Int./Div. | L | T | | | | | |
| 81. IRA Account #3 (SEI Funds) (Header) | | | | | | | | | |
| 82. - SEI Dynamic Asset | A | Int./Div. | J | T | Buy | 09/01/16 | J | | |
| 83. - SEI Inst Managed High Yield | A | Int./Div. | J | T | Buy | 09/01/16 | J | | |
| 84. - SEI Inst Managed TR Lrgcap | A | Int./Div. | J | T | Buy | 09/01/16 | J | | |
| 85. - SEI Inst Managed TR MLTSTRG | A | Int./Div. | J | T | Buy | 09/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 06/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - SEI Inst Managed TR MULT A INFMG | A | Int./Div. | J | T | Buy | 09/01/16 | J | | |
| 87. - SEI Inst Managed TR MULT ASSET INC | A | Int./Div. | J | T | Buy | 09/01/16 | J | | |
| 88. - SEI Inst Managed TR MULT ASSACCUM | A | Int./Div. | J | T | Buy | 09/01/16 | J | | |
| 89. - SEI Inst Managed TR SmallCap | A | Int./Div. | J | T | Buy | 09/01/16 | J | | |
| 90. - SEI Inst Managed TR US FXD INC | A | Int./Div. | J | T | Buy | 09/01/16 | J | | |
| 91. - SEI INTL Emerging Debt | A | Int./Div. | J | T | Buy | 09/01/16 | J | | |
| 92. - SEI Intl Emerging Markets Fund | A | Int./Div. | J | T | Buy | 09/01/16 | J | | |
| 93. - SEI International Equity Fund | A | Int./Div. | J | T | Buy | 09/01/16 | J | | |
| 94. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 06/28/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christian F. Hummel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544